JONATHAN B. COLE (SBN 70460)
jcole@nemecek-cole.com
MATTHEW J. HAFEY (SBN 167122)
mhafey@nemecek-cole.com
NEMECEK & COLE
A Professional Corporation
15260 Ventura Boulevard, Suite 920
Sherman Oaks, California 91403-5344
Telephone: (818) 788-9500
Facsimile: (818) 501-0328

Attorneys for Plaintiff
JAMES RIVER INSURANCE COMPANY

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio corporation,<br><br>        Plaintiff,<br><br> -vs-<br><br>ANDRADE & ASSOCIATES, a professional law corporation; RICHARD B. ANDRADE, an individual; SCOTT R. KRON, an individual<br><br>        Defendants. | Case No. SACV10-00318 DOC (Anx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Having considered the Stipulation of the Parties and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Complaint filed March 15, 2010 and the Counterclaim filed August 23, 2010 are hereby DISMISSED in their entirety with prejudice as to all parties and all causes of action.

2. Each of the parties hereto to bear its own attorney's fees and court costs.

DATED: April 13, 2011

_/s/ David O. Carter_
UNITED STATES DISTRICT JUDGE